

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 1 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 30th day of October, 2014, the cause on appeal to revise or reverse the judgment between

JOEL DERVIN WILLIS, Appellant

No. 05-13-00536-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas, Trial Court Cause No. F11-26316-H. Opinion delivered by Justice Fillmore, Justices FitzGerald and Stoddart participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

The section of the judgment titled "Terms of Plea Bargain" that states "15 YEARS TDCJ" is modified to state "Open."

The section of the judgment that states "Sex Offender Registration Requirements do not apply to the Defendant" is modified to state "Sex Offender Registration Requirements apply to the Defendant."

The section of the judgment that states "The age of the victim at the time of the offense was N/A" to state "At the time of the offense, the victim was younger than fourteen years of age."

As **MODIFIED**, the judgment is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 9th day of January, 2015.



_____
LISA MATZ, Clerk